



RECEIVED

NOV 2 1 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE, LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| **LONNIE POYDRAS** | **CIVIL ACTION NO. 05-0895-M** |
| **VS.** | **SECTION P** |
| **MADISON PARISH** | **JUDGE JAMES** |
| **DETENTION CENTER, ET AL.** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's Civil Rights Complaint be **DISMISSED** for failure to exhaust all available administrative remedies prior to filing suit as mandated by the provisions of 42 U.S.C. §1997e(a).

**THUS DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this _19_ day of _November_, 2005.

**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**